**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FRIEDMAN, Individually and on behalf of all others similarly situated, ) ) ) | Case No. 3:17-cv-00331-JM-BGS |
| Plaintiff, ) ) | **CLASS ACTION** |
| vs. ) ) | **NOTICE OF SETTLEMENT ON INDIVIDUAL BASIS** |
| RELIANT SERVICES GROUP, LLC dba RELIANT FUNDING, ) ) ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

-1-

NOW COMES Plaintiff, TODD FRIEDMAN ("Plaintiff"), by and through the undersigned counsel, and Defendant, RELIANT SERVICES GROUP, LLC dba RELIANT FUNDING ("Defendant"), by and through the undersigned counsel (collectively "the parties") to hereby notify this Honorable Court that the parties have reached an agreement to settle this matter on an individual (i.e., not class-wide) basis. The parties respectfully request that this Honorable Court vacate all pending dates and deadlines in this matter and allow the parties up to sixty (60) days to prepare the necessary paperwork, consummate all settlement terms, and ultimately submit a Joint Motion to Dismiss.

Dated: August 23, 2017         Respectfully Submitted,

**MARTIN & BONTRAGER, APC**
/s/ Nicholas J. Bontrager
Nicholas J. Bontrager

*Attorneys for Plaintiff*

With consent from:
**DRINKER BIDDLE & REATH LLP**
/s/ Justin O. Kay
Justin O. Kay

*Attorneys for Defendant*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Joint Rule 26(f) has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.