**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiffs
TODD FRIEDMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FRIEDMAN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RELIANT SERVICES GROUP, LLC dba RELIANT FUNDING CORPORATION,<br><br>    Defendant(s). | Case No.: 3:17-cv-00331-JM-BGS<br><br>**JOINT MOTION TO DISMISS** |

NOW COMES Plaintiffs, TODD FRIEDMAN and Defendant, RELIANT SERVICES GROUP, LLC dba RELIANT FUNDING CORPORATION, by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of this matter. Plaintiff dismisses his individual claims with

prejudice and the putative class claims without prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*. Each party to bear its own attorneys' fees and costs incurred.

RESPECTFULLY SUBMITTED,

Dated: September 6, 2017    **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiffs*

Dated: September 6, 2017    **DRINKER BIDDLE & REATH LLP**

By: /s/ Justin O. Kay

Justin O. Kay
*Attorney for Defendant*
RELIANT SERVICES GROUP, LLC
dba RELIANT FUNDING
*Corporation*

# PROOF OF SERVICE

I, Nicholas J. Bontrager, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 6464 W. Sunset Blvd., Suite 960, Los Angeles, CA 20028. On September 6, 2017, I served the following documents:

**JOINT MOTION TO DISMISS**

On all parties of record, through counsel
Justin O. Kay,
Justin.Kay@dbr.com

By the following means of service:

[X] **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X] **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on September 6, 2017, at Los Angeles, California.

By: /s/ Nicholas J. Bontrager
    Nicholas J. Bontrager

- 3 -

JOINT MOTION TO DISMISS