UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FRIEDMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RELIANT SERVICE GROUP, LLC d/b/a RELIANT FUNDING,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17cv331 JM(BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On September 6, 2017, Plaintiff Todd Friedman and Defendant Reliant Services Group, LLC d/b/a Reliant Funding filed a joint motion to dismiss this case with prejudice as to the named plaintiff and without prejudice as to the putative class pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 22.)

The court hereby grants the motion and dismisses this case with prejudice as to Todd Friedman and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: September 13, 2017

　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　United States District Judge

1